| Attorney or Party without Attorney: <br> PAUL L. REIN ESQ, Bar #43053 <br> LAW OFFICES OF PAUL L. REIN <br> 200 LAKESIDE DRIVE, STE A <br> OAKLAND, CA 94612 <br> Telephone No: 510-832-5001   FAX No: 510-832-4787 | For Court Use Only |
|---|---|
| Attorney for: Plaintiffs | Ref. No. or File No.: UNION LANDING |
| Insert name of Court, and Judicial District and Branch Court: <br> United States District Court, Northern District Of California | |
| Plaintiffs: ARTHUR RENOWITZKY | |
| Defendant: DYER TRIANGLE LLC, et al. | |
| **PROOF OF SERVICE SUMMONS** | Hearing Date: | Time: | Dept/Div: | Case Number: 3:15-cv-03733 JCS |

1. At the time of service I was at least 18 years of age and not a party to this action.

2. I served copies of the Summons In A Civil Action; Complaint; Scheduling Order For Cases Asserting Denial Of Right Of Access Under Americans With Disabilities Act Title Ii & Iii; General Order No. 56; Order Assigning Case To Magistrate Judge Joseph S. Spero; Plaintiff's Consent To Proceed Before A United States Magistrate Judge; Standing Order Of Judge Spero; Standing Order For All Judges Of The Northern District Of California Contents Of Joint Case Management Statement; Filing Procedures Of The U.S. District Court, San Francisco; Plaintiffs Certification Of Interested Entities Or Persons; Ecf Registration Information; Notice And Disclaimer By Plaintiff's Attorneys; New Advisory Pursuant To Section 55.3 Of The Civil Code; New Advisory Pursuant To Section 55.54 Of The Civil Code; Magistrate Judge Brochure

3. a. Party served: DYER TRIANGLE LLC
   b. Person served: ANDREW MCCULLOUGH, AGENT FOR SERVICE, Caucasian, Male, 53 Years Old, Dark Brown Hair, 5 Feet 9 Inches, 165 Pounds

4. Address where the party was served: 150 PELICAN WAY
   SAN RAFAEL, CA 94901

5. I served the party:
   a. by personal service. I personally delivered the documents listed in item 2 to the party or person authorized to receive process for the party (1) on: Mon., Aug. 31, 2015 (2) at: 2:48PM

7. Person Who Served Papers:
   a. MATTHEW ANDERSON

   ONE HOUR LEGAL
   1280 BOULEVARD WAY #205
   WALNUT CREEK, CA 94595
   (925) 947-3470
   FAX (925) 947-3480
   WWW.ONEHOUR.NET

   Recoverable Cost Per CCP 1033.5(a)(4)(B)
   d. The Fee for Service was: $89.25
   e. I am: (3) registered California process server
      (i) Owner
      (ii) Registration No.: 97
      (iii) County: MARIN
      (iv) Expiration Date: Sun, Jan. 29, 2017

8. I declare under penalty of perjury under the laws of the State of California and under the laws of the United States Of America that the foregoing is true and correct.
   Date: Tue, Sep. 01, 2015

   (MATTHEW ANDERSON)

Judicial Council Form
Rule 2.150.(a)&(b) Rev January 1, 2007
PROOF OF SERVICE SUMMONS
452211  .reinpr.45810